IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| KOENIG RESTAURANT CORP., a New York corporation, d/b/a KOENIG'S RESTAURANT, | ) ) ) ) |
| Defendant. | ) |

CIVIL ACTION

NO. 10 C 7850

JUDGE VIRGINIA M. KENDALL

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, KOENIG RESTAURANT CORP., a New York corporation, d/b/a KOENIG'S RESTAURANT, in the total amount of $24,575.08, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,535.00.

On December 18, 2010, the Summons and Complaint was served on the President, William Fitzgerald (by tendering a copy of said documents to John Smith, Managing Agent) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on January 10, 2011. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Laura M. Finnegan

# CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 9th day of February 2011:

>Mr. William Fitzgerald, President
>Koenig Restaurant Corp.
>86 S. Tyson Avenue
>Floral Park, NY   11001-1805

/s/   Laura M. Finnegan

Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6210637
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREJ\Koenig\motion.lmf.df.wpd